IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02539-WYD-MJW

JOHN JACQUAT,

Plaintiff,

v.

HUB INTERNATIONAL INSURANCE SERVICES, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Defendant's Unopposed Motion for Protective Order (docket no. 16) is GRANTED finding good cause shown.  The written Protective Order (docket no. 16-2) is APPROVED as amended in paragraphs 12 and 13 and made an Order of Court.  The court notes and places the parties on notice that D.C.COLO.LCivR 7.3 was reserved with the updates to the Local Rules of Practice for the United States District Court for the District of Colorado which became effective as of December 1, 2009.

Date:  January 20, 2010