# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02539-WYD-MJW

JOHN JACQUAT,

    Plaintiff,

v.

HUB INTERNATIONAL INSURANCE SERVICES, INC., a California corporation,

    Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY
### THE SCHEDULING ORDER ( Docket No 22 )

---

THIS MATTER, coming before the Court on the UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER, and the Court having reviewed the file and being fully advised in the premises:

FOUND that there is good cause to amend the Scheduling Order, and

ORDERED that the Scheduling Order be amended to schedule the Settlement Conference on March 11, 2010 at 10:30 a.m. *

Dated this _____28th_____ day of January, 2010.

\* The Settlement Conference That was set on March 8, 2010 At 9:00 Am is VACATED.

BY THE COURT:

_Michael J. Watanabe_

Hon. Michael J. Watanabe
United States District Court
Magistrate Judge

{00259222.DOC / 1}