IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02539-WYD-MJW

JOHN JACQUAT,

Plaintiff,

v.

HUB INTERNATIONAL INSURANCE SERVICES, INC.,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant's Unopposed Motion for Amended Protective Order (docket no. 25) is GRANTED finding good cause shown.   The written Amended Protective Order (docket no. 25-2) is APPROVED and made an Order of Court.

Date:  February 16, 2010