IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02539-WYD-MJW

JOHN JACQUAT,

Plaintiff,

v.

HUB INTERNATIONAL INSURANCE SERVICES, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order, DN 42, filed with the Court on May 3, 2010, is GRANTED and the Scheduling Order is amended as follows:

  a. Discovery Cut-Off is extended up to and including June 25, 2010;

  b. Dispositive Motions Deadline is extended up to and including July 27, 2010;

  c. Expert Witness Designation Deadline is extended up to and including May 28, 2010;

  d. Rebuttal Witness Designation Deadline is extended up to and including June 28, 2010;

  e. Completion of Depositions Deadline is extended up to and including June 25, 2010; and,

  f. Deadline to Serve Written Discovery is extended up to and including May 25, 2010.

Date: May 4, 2010