IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02539-WYD-MJW

JOHN JACQUAT,

Plaintiff,

v.

HUB INTERNATIONAL INSURANCE SERVICES, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Second Motion to Amend Scheduling Order, (DN 45, filed with the Court on May 21, 2010 and DN 47, filed with the Court on May 24, 2010) is GRANTED and the Scheduling Order is amended as follows:

    a. Discovery Cut-Off is extended up to and including July 16, 2010;

    b. Dispositive Motions Deadline is extended up to and including August 17, 2010;

    c. Expert Witness Designation Deadline is extended up to and including June 18, 2010;

    d. Rebuttal Witness Designation Deadline is extended up to and including July 19, 2010;

    e. Completion of Depositions Deadline is extended up to and including July 16, 2010. The parties may depose any rebuttal experts by August 6, 2010; and,

    f. Deadline to Serve Written Discovery is extended up to and including June 15, 2010.

Date: May 26, 2010