IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02539-WYD-MJW

JOHN JACQUAT,

    Plaintiff and Counterclaim Defendant,

v.

HUB INTERNATIONAL INSURANCE SERVICES, INC., a California corporation,

    Defendant and Counterclaimant.

---

## ORDER GRANTING STIPULATED THIRD MOTION TO AMEND SCHEDULING ORDER ( Docket No. 58 )

---

This matter comes before the Court on the parties' Stipulated Third Motion to Amend Scheduling Order. The Court has reviewed the motion and is fully advised in the premises.

It is hereby ORDERED that the Stipulated Third Motion to Amend Scheduling Order is GRANTED and the Scheduling Order is amended as follows:

a. Discovery Cut-Off is extended up to and including three weeks from the date of the Court's ruling on Defendant's Motion for Protective Order [Docket No. 52];

b. Completion of Depositions Deadline is extended up to and including three weeks from the date of the Court's ruling on Defendant's Motion for Protective Order [Docket No. 52]; and,

{00270232.DOC / 1}

c. Dispositive Motions Deadline is extended up to and including to four weeks from the date of the new completion of depositions deadline.

It is further ORDERED that within five days of the Court's ruling on Defendant's Motion for Protective Order [Docket No. 52], Plaintiff shall file a status report stating the dates certain of the Discovery Cut-Off, Completion of Depositions, and Dispositive Motions Deadlines in light of the extensions set forth herein.

DATED this 13th day of July, 2010.

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO