IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02539-WYD-MJW

JOHN JACQUAT,

Plaintiff,

v.

HUB INTERNATIONAL INSURANCE SERVICES, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion for Protective Order Regarding Rule 30(b)(6) Deposition (docket no. 52) is DENIED for the following reasons.

In this lawsuit, Defendant Hub International Insurance Services, Inc., a California corporation ("Hub") seeks to prevent Plaintiff John Jacquat ("Jacquat") from post-employment solicitation of its customers and potential customers without regard to any geographic limitation as outlined in its counterclaims. Hub claims that the non-solicitation agreement is enforceable to protect its trade secrets, without regard to any geographic limitation and therefore Hub's policies, practices, and procedures with regard to non-solicitation and non-competition agreements are relevant to this litigation and Hub's position to limit the scope of Hub's Rule 30(b)(6) witness(es) to just Hub's Southwest Division is without merit. Moreover, that the Rule 30(b)(6) topics numbered 1, 2, 9,13, 15, 23, 24, 25, 26, are relevant on the issues before this court and are reasonably calculated to lead to the discovery of admissible evidence and are not unduly burdensome.

It is FURTHER ORDERED that each party shall pay their own attorney fees and costs for this motion (docket no. 52).

Date: July 20, 2010