IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02539-WYD-MJW

JOHN JACQUAT,

Plaintiff,

v.

HUB INTERNATIONAL INSURANCE SERVICES, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Defendant's Motion For Stay of Rule 30(b)(6) Deposition Pending Ruling on Objection to Magistrate's Order on Motion for Protective Order Regarding Rule 30(b)(6) Deposition **(Docket No. 65)** is **granted**.

It is further **ORDERED** that the Unopposed Motion to Seal Exhibit to Motion for Sanctions for Spoliation of Evidence **(Docket No. 69)** is **granted**, and thus page 22 of Exhibit C to Docket No. 68 (Docket No. 70) is sealed until further order of the court.

It is further **ORDERED** that the Stipulated Motion to Continue Final Pretrial Conference **(Docket No. 75)** is **granted**, and thus the Final Pretrial Conference set for September 2, 2010, at 9:00 a.m. is **vacated and reset** to **November 1, 2010, at 9:00 a.m.** in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The proposed Final Pretrial Order shall be filed on or before October 26, 2010.

Date: August 9, 2010