IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02539-WYD-MJW

JOHN JACQUAT,

Plaintiff,

v.

HUB INTERNATIONAL INSURANCE SERVICES, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Motion of Jeffrey Cohen to Quash Subpoena to Take Deposition **(Docket No. 86)** is **denied without prejudice**. The subpoena at issue was issued out of the District of Maryland. See Docket No. 86-2. Therefore, even though the subpoena is for a deposition of a non-party in this action, a motion to quash that subpoena must be heard by the issuing court, which is the District of Maryland, not this court. See Fed. R. Civ. P. 45(c)(3).

Date: August 18, 2010