IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02539-WYD-MJW

JOHN JACQUAT,

    Plaintiff and Counterclaim Defendant,

v.

HUB INTERNATIONAL INSURANCE SERVICES, INC., a California corporation,

    Defendant and Counterclaimant.

---

**ORDER GRANTING STIPULATED FOURTH MOTION TO AMEND SCHEDULING ORDER** ( Docket No 83 )

---

This matter comes before the Court on the parties' Stipulated Fourth Motion to Amend Scheduling Order. The Court has reviewed the motion and is fully advised in the premises.

It is hereby ORDERED that the Stipulated Fourth Motion to Amend Scheduling Order is GRANTED and the Scheduling Order is amended as follows:

    a.    Discovery Cut-Off is extended up to and including three weeks from the date of the date of Chief Judge Daniel's ruling on the Defendant's Objection [Docket No. 74];

    b.    Completion of Depositions Deadline is extended up to and including three weeks from the date of the date of Chief Judge Daniel's ruling on the Defendant's Objection [Docket No. 74];

{00272521.DOC / 1}

c. Dispositive Motions Deadline is extended up to and including to four weeks from the date of the new Discover Cut-Off.

It is further ORDERED that within five days of the Chief Judge Daniel's ruling on Defendant's Objection [Docket No. 74], Plaintiff shall file a status report stating the dates certain of the Discovery Cut-Off, Completion of Depositions, and Dispositive Motions Deadlines in light of the extensions set forth herein.

DATED this 18th day of August, 2010.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO