IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02539-WYD-MJW

JOHN JACQUAT,

Plaintiff,

v.

HUB INTERNATIONAL INSURANCE SERVICES, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiff's Motion for Leave to Exceed Page Limitation **(Docket No. 94)** is **granted**. Consequently, plaintiff's Response to Motion for Sanctions (Docket No. 90) is accepted as filed.

Date: August 26, 2010