IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02539-WYD-MJW

JOHN JACQUAT,

Plaintiff,

v.

HUB INTERNATIONAL INSURANCE SERVICES, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Unopposed Motion to Seal Exhibit to Response to Motion for Sanctions for Spoliation of Evidence **(Docket No. 91)** is **granted**. Consequently, bates labeled documents HUBJJ005987 through HUBJJ006038 and HUBJJ006043 through HUBJJ006064 of plaintiff's Exhibit 7 (Docket No. 92) shall be sealed until further order of the court.

It is further **ORDERED** that Jeffrey Cohen's Motion for Reconsideration of Motion of Jeffrey Cohen to Quash Subpoena to Take Deposition **(Docket No. 100)** is **granted**. The court thus vacates its Minute Order of August 18, 2010 (Docket No. 88) denying the Motion of Jeffrey Cohen to Quash Subpoena (Docket No. 86) without prejudice. Any responses to the Motion of Jeffrey Cohen to Quash Subpoena (Docket No. 86) shall be filed on or before September 13, 2010.

It is further **ORDERED** that the defendant's Unopposed Motion for Leave to Exceed Page Limitation for Reply in Support of Motion for Sanctions **(Docket No. 105)** is **granted**. Consequently, defendant's Reply may be up to and including fifteen pages in length.

Date: August 30, 2010