IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02539-WYD-MJW

JOHN JACQUAT,

Plaintiff and Counterclaim Defendant,

v.

HUB INTERNATIONAL INSURANCE SERVICES, INC., a California corporation,

Defendant and Counterclaimant.

---

**ORDER GRANTING MOTION FOR LEAVE TO FILE SURREPLY
TO MOTION FOR SANCTIONS** ( Docket No. 118 )

---

This matter is before the Court on Plaintiff and Counterclaim Defendant John Jacquat's Motion for Leave to File Surreply to Motion for Sanctions. The Court has reviewed the motion and is fully advised in the premises. It is

**ORDERED** that the Motion for Leave to File Surreply to Motion for Sanctions is GRANTED. The Surreply to Motion for Sanctions filed by Mr. Jacquat on September 21, 2010, and attached to his Motion for Leave to File Surreply to Motion for Sanctions, is hereby accepted by the Court.

Dated this 23rd day of September, 2010.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

{00274399.DOC / 1}