IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02539-WYD-MJW

JOHN JACQUAT,

    Plaintiff,

v.

HUB INTERNATIONAL INSURANCE
SERVICES INC.

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SUR-SURREPLY IN SUPPORT OF MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE ( Docket No. 124 )**

---

This matter comes before the Court on Defendant, Hub International Insurance Services Inc.'s Unopposed Motion for Leave to File Sur-Surreply in Support of Motion for Sanctions for Spoliation of Evidence ("Motion"). The Court, having reviewed the Motion and being fully advised in the premises HEREBY ORDERS:

1. The Motion is GRANTED.

2. The Sur-Surreply tendered with the Motion is deemed filed as of the date of this Order.

DATED this 30th day of September 2010.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO