IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02539-WYD-MJW

JOHN JACQUAT,

　　Plaintiff and Counterclaim Defendant,

v.

HUB INTERNATIONAL INSURANCE SERVICES, INC., a California corporation,

　　Defendant and Counterclaimant.

---

### ORDER GRANTING MOTION TO VACATE, STAY, OR OTHERWISE HOLD IN ABEYANCE ALL PENDING DEADLINES ( D.N. 135 )

---

This matter is before the Court on Plaintiff and Counterclaim Defendant John Jacquat's and Defendant and Counterclaimant Hub International Insurance Services, Inc.'s NOTICE OF SETTLEMENT AND MOTION TO VACATE, STAY, OR OTHERWISE HOLD IN ABEYANCE ALL PENDING DEADLINES ("MOTION"). The Court has reviewed the Motion and is fully advised in the premises. It is

**ORDERED** that the Motion is **GRANTED.** All pending deadlines, orders and settings in this matter are vacated, stayed, or otherwise held in abeyance pending the submission of a stipulation of dismissal of this action with prejudice. �

Dated this 25Th day of October, 2010.

BY THE COURT:

_/s/ Michael J. Watanabe_
United States District Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

� The parties have up to And Including November 5, 2010 To File Their Joint Stipulated motion to Dismiss or Show Cause why This Case should not be dismissed

{00276359.DOC / 1}